1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    DONNA DUNCAN,

10              Plaintiff,                          No. C 10-03303 JSW

11        v.

12   PARK AVENUE SECURITIES, LLC, ET AL,    **ORDER SETTING BRIEFING**
                                            **SCHEDULE ON DEFENDANTS'**
13              Defendants.                 **MOTION TO DISMISS**
                                    /

14

15        This matter is set for a hearing on October 22, 2010 on Defendants' motion to dismiss.

16   The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than

17   September 7, 2010 and a reply brief shall be filed by no later than September 15, 2010.

18        If the Court determines that the matter is suitable for resolution without oral argument, it

19   will so advise the parties in advance of the hearing date.  If the parties wish to modify this

20   schedule, they may submit for the Court's consideration a stipulation and proposed order

21   demonstrating good cause for any modification requested.

22

23        **IT IS SO ORDERED.**

24

25   Dated:  August 23, 2010          _____

26                                    JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE

27

28

**United States District Court**
For the Northern District of California