1 DENISE EATON MAY (SBN 116780)
  Attorney at Law
2 15250 Hesperian Blvd, Suite 200
  San Leandro, CA  94578
3 Telephone: (510) 888-1345
  Facsimile:  (510) 315-3015
4 Email: demlaw@pacbell.net

5 Attorney for Plaintiff
  DONNA DUNCAN
6

7

8

9            UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11

12 DONNA DUNCAN                  ) Case No.: CV 10-03303
                                 )
13          Plaintiff,            ) STIPULATION TO EXTEND TIME TO
                                 ) RESPOND TO DEFENDANTS
14                               ) MOTION TO DISMISS COMPLAINT
     v.                          )
15                               ) Local Rule 6-1 (b), 6-2   AND ORDER THEREON
                                 )
16 PARK AVENUE SECURITIES, LLC   )
17 INTEGRATED FINANCIAL AND      ) Action Filed: June 8, 2010
   INSURANCE SERVICES, INC., THE )
18 GUARDIAN LIFE INSURANCE COMPANY )
19 OF AMERICA, PETER FOSTER, an agent OF )
   THE GUARDIAN LIFE INSURANCE   )
20 COMPANY OF AMERICA, and DOES 1 TO 10, )

21          Defendants.

22 _____

23    **IT IS HEREBY STIPULATED**, pursuant to Local Rule 6-1 (b) and 6-2, by and between

24 plaintiff Donna Duncan ("Plaintiff") and Park Avenue Securities, LLC, Integrated Financial and

25 Insurance Services, Inc., The Guardian Life Insurance Company of America, and Peter Foster

26 (referred hereinafter as "Defendants"), through their attorneys of record, as follows:

27

28

2010-09-10 15:15 Law Office of DEM 510-315-3015 >> 1-510-315-3015 P 2/4

SEP-10-2010 Case3:10-cv-03303-JSW Document16 Filed09/10/10 Page2 of 5 P.02
2010-09-10 13:08 Law Office of DEM 510-315-3015 >> 1415434 1370 P 4/5

1.    The parties have agreed that Plaintiff's response to Defendants Motion to Dismiss shall be due on or before September 28, 2010. Defendants reply shall be due October 5, 2010.

2.    This stipulation, which may affect a hearing or proceeding on the court's calendar, is being filed 14 days before the scheduled court hearing (October 22, 2010) as required by Local Rule 6-1 (b) and is in conformance with Local Rule 7-12.

Dated: September 10, 2010

*/s/ Denise Eaton May*
DENISE EATON MAY
Attorney for Plaintiff, DONNA DUNCAN

Dated: September 10, 2010

*/s/ Sean P. Nalty*
SEAN P. NALTY
Attorney for Defendants
PARK AVENUE SECURITIES, LLC
INTEGRATED FINANCIAL AND INSURANCE SERVICES, INC., THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, and
PETER FOSTER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ~~September 10, 2010~~
     September 13, 2010

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS AND ORDER