IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONNA DUNCAN,

    Plaintiff,

v.

PARK AVENUE SECURITIES, LLC, ET AL,

    Defendants.

No. C 10-03303 JSW

**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

This matter is set for a hearing on March 11, 2011 on Defendants' motion to dismiss the first amended complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than November 19, 2010 and a reply brief shall be filed by no later than December 1, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: November 5, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE