SEAN P. NALTY (SBN 121253)
Email: sean.nalty@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendants
PARK AVENUE SECURITIES, LLC ;
INTEGRATED FINANCIAL AND INSURANCE SERVICES, INC.,
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,
and PETER FOSTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA DUNCAN,<br><br>             Plaintiff,<br><br>       v.<br><br>PARK AVENUE SECURITIES, LLC INTEGRATED FINANCIAL AND INSURANCE SERVICES, INC., THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, PETER FOSTER, an agent of THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, and DOES 1 to 10,<br><br>             Defendants. | CASE NO.: CV 10-03303 JSW<br><br>STIPULATION OF THE PARTIES TO CONTINUE THE NOVEMBER 12, 2010 CASE MANAGEMENT CONFERENCE IN THIS MATTER; [Proposed] ORDER<br><br>Action Filed: June 8, 2010<br>Location: San Francisco |

Plaintiff Donna Duncan ("plaintiff"), through her counsel of record Denise Eaton May, and defendants Park Avenue Securities LLC, Integrated Financial and Insurance Services, Inc., The Guardian Life Insurance Company of America, and Peter Foster (collectively "defendants") through its counsel of record, Sean P. Nalty, hereby request through this stipulation that the Case Management Conference set in this matter for November 12, 2010 at 1:30 p.m. be continued based on the following:

Defendants' moved to dismiss plaintiff's complaint. In an order dated October 5, 2010, the Court granted defendants' motion with leave to amend. Plaintiff filed her first amended complaint on

1

1  October 29, 2010. Defendants filed their motion to dismiss plaintiff's first amended complaint in its
2  entirety on November 5, 2010. The hearing date on the motion is March 11, 2011. This was the
3  Court's first available date. The Court has set a briefing schedule for the motion with the opposition
4  due November 19, 2010 and the reply brief due December 1, 2010.

5  The Parties believe that a Case Management Conference at this time is not productive given
6  the motion to dismiss plaintiff's first amended complaint filed by defendants. The Parties request that
7  the Case Management Conference, if necessary, take place shortly after the Court issues its decision
8  on defendants' pending motion to dismiss.

9  Accordingly, the parties, through their counsel of record, hereby stipulate that the Case
10  Manage Conference currently set for November 12, 2010 in this matter be continued to a date selected
11  by the Court after the decision on defendants' motion to dismiss is issued.

12  Respectfully submitted,

13  Dated: November 5, 2010    WILSON, ELSER, MOSKOWITZ, EDELMAN
                                & DICKER LLP

15                                By    /s/ Sean P. Nalty
16                                      Sean P. Nalty
                                        Attorneys for Defendants
17                                      PARK AVENUE SECURITIES, LLC ;
                                        INTEGRATED FINANCIAL AND INSURANCE
18                                      SERVICES, INC., THE GUARDIAN LIFE
                                        INSURANCE COMPANY OF AMERICA,
19                                      & PETER FOSTER

20  Dated: November 5, 2010    LAW OFFICES OF DENISE EATON MAY

23                                By    /s/ Denise Eaton May
                                        Denise Eaton May
                                        Attorneys for Plaintiff
24                                      DONNA DUNCAN

[Proposed] ORDER

Based on the stipulation of the parties, and GOOD CAUSE APPEARING THEREFORE,

The Court hereby continues the November 12, 2010 Case Management Conference in this matter to _May 6, 2010 at 1:30 p.m._.

Dated: November 9, 2010

Jeffrey S. White
Judge of the United States District Court

---

3

STIPULATION OF THE PARTIES TO CONTINUE THE NOVEMBER 12, 2010 CASE MANAGEMENT CONFERENCE IN THIS MATTER; [Proposed] ORDER
USDC NDCA Case #10-3303 JSW
603431.1